UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON T. GLOVER, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| | : NO.: 1:08-CV-1656-JOF-JFK |
| JAMES PEFANIS, AME FINANCIAL CORPORATION and GEORGIA MUTUAL MORTGAGE CORPORATION, | : |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties in the above captioned action and, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate and agree to dismissal, with prejudice, of all claims brought and/or asserted by Plaintiff Jay Glover in this action and agree that each party will bear their own costs and attorneys fees that were incurred and/or associated with the prosecution and defense of this lawsuit.

/s/ David C. Ates
David C. Ates
State Bar No. 026281
DAVID ATES, P.C.
6400 Powers Ferry Road, Suite 112
Atlanta, Georgia 30339
(404)969-4104 - telephone

(404)969-4130 - facsimile
dates@davidateslawfirm.com

/s/ J. Stephen Mixon
J. Stephen Mixon, Esq.
State Bar No. 514050
Millar & Mixon, LLC
108 Williamson Mill Road
Jonesboro, Georgia 30262
(770)955-0100 - telephone
(678)669-2037 - facsimile

Approved this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE